ENOS SMITH, ADMINISTRATOR OF ANN CATER, v. NATHANIEL SMITH.

A sum ordered to be paid to the wife upon her divorce from her husband, is recoverable out of his estate.

SCIRE FACIAS against said Nathaniel as agent, factor and debtor to William Cater. In this case, the court determined, that a sum of money ordered to be paid to the wife upon a divorce from her husband, was recoverable out of his estate.